In the Matter of the Claim of SANFORD BUTTERFIELD against OSCAR G. BROWN, Respondent. STATE INDUSTRIAL BOARD, Appellant.

Argued October 9, 1941; decided November 19, 1941.

*John J. Bennett, Jr., Attorney-General* (*John F. Loehr* of counsel), for appellant.

*Frederick Boyce Bryant* for respondent.

Order of Appellate Division reversed and award of State Industrial Board affirmed, with costs in this court and in

the Appellate Division upon the ground that there is evidence to sustain the finding that the claimant was engaged in a hazardous employment for pecuniary gain within the provisions of the Workmen's Compensation Law. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.